SAMUEL SCHIFF, Appellant, *v.* BELLA R. SCHIFF, Respondent.

Submitted February 19, 1945; decided March 1, 1945.

*Harry Geffner* and *Charles Rothenberg* for motion.
*Edmund B. McGarvey* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the orders do not finally determine the action within the meaning of the Constitution.

NEW YORK TRAP ROCK CORPORATION et al., on Behalf of Themselves and All Other Creditors of Borough Asphalt Company, et al., Respondents, *v.* NATIONAL BANK OF FAR ROCKAWAY, Appellant.

Submitted February 19, 1945; decided March 1, 1945.

Motion by respondents for reargument denied, with ten dollars costs and necessary printing disbursements. [See 293 N. Y. 776, 884.]